# First District Court of Appeal
## State of Florida

_____

No. 1D17-4894
_____

Tyrick Jamal Daniel,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

July 26, 2019

Per Curiam.

    Affirmed.

Makar, Winokur, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyrick Jamal Daniel, pro se, Appellant.

Ashley Moody, Attorney General, and Trisha Meggs Pate and Amanda D. Stokes, Assistant Attorneys General, Tallahassee, for Appellee.